1    Eric H. Gibbs (State Bar No. 178658)
     ehg@girardgibbs.com

2    Jonathan K. Levine (State Bar No. 220289)
     jkl@girardgibbs.com

3    Daniel T. LeBel (State Bar No. 246169)
     dtl@girardgibbs.com

4    **GIRARD GIBBS LLP**

5    601 California Street, 14th Floor
San Francisco, California 94108

6    Telephone: (415) 981-4800
Facsimile: (415) 981-4846

7

8    Attorneys for Individual and Representative
Plaintiff Theodore Borreson

9

10

11               **UNITED STATES DISTRICT COURT**

12               **CENTRAL DISTRICT OF CALIFORNIA**

13

14    THEODORE BORRESON, on behalf of      CASE NO. CV 07-05309 GAF (MANx)
himself and all others similarly situated,

15                                 **CLASS ACTION**

16             Plaintiff,

17       vs.

18    WILLIAM G. SULLIVAN, a Florida      **STIPULATION AND [PROPOSED]**
resident; S & S COMPUTER SERVICES,    **ORDER PURSUANT TO L. R. 23-3**

19    INC., a Florida corporation; CERTEGY

20    CHECK SERVICES, INC., a Delaware
corporation; and FIDELITY NATIONAL

21    INFORMATION SERVICES, INC., a       JUDGE: Hon. Gary A. Feess

22    Georgia corporation,

23

24            Defendants.

25

26

27

28

1        WHEREAS, Plaintiff Theodore Borreson, by and through his attorneys,

2  ("Plaintiff") filed his complaint on August 14, 2007;

3        WHEREAS, Local Rule 23-3 requires Plaintiff to file a motion for class

4  certification ("Motion") within 90 days of filing the complaint, unless otherwise ordered

5  by the Court;

6        WHEREAS, the parties previously stipulated, and this Court ordered, that the

7  Local Rule 23-3 deadline should be continued from November 20, 2007 to December 18,

8  2007, and again continued from December 18, 2007 to January 22, 2008, as the parties

9  had begun actively pursuing settlement and Plaintiff had not been afforded an opportunity

10  to conduct discovery on the issues of this case that relate to Fed. R. Civ. Proc. 23;

11        WHEREAS, the parties intend to resolve this matter by seeking settlement

12  approval in two consolidated class actions filed in the Middle District of Florida

13  captioned *Beringer v. Certegy Check Services, Inc.*, 07-cv-01657-SDM-MSS and

14  *Lockwood v. Certegy Check Services, Inc.*, 07-cv-01434-SDM-TGW;

15        WHEREAS the parties believe such global resolution would render a decision on

16  the Motion or further litigation in this case unnecessary;

17        WHEREAS continuing the Motion will grant the parties additional time to file a

18  Stipulated Motion to Stay this matter pending final settlement approval of the above

19  captioned cases; and

20        WHEREAS, counsel for Plaintiffs, counsel for Certegy, and defendant William

21  Sullivan agree to reschedule the deadline for Plaintiff to file his Motion from January 22,

22  2008 to March 31, 2008.

23  / / /

24  / / /

25  / / /

26

27

28

STIPULATION AND [PROPOSED] ORDER PURSUANT TO L. R. 23-3
CASE NO. CV 07-05309 GAF (MANx)

IT IS HEREBY STIPULATED by and between the parties that pursuant to Local Rule 23-3, Plaintiff's deadline to file a Motion for Class Certification shall be extended up to and including March 31, 2008.

Dated: January 22, 2008                    GIRARD GIBBS LLP


By: _____

Daniel T. LeBel,
Attorneys for Individual and Representative
Plaintiff THEODORE BORRESON


Dated: January __, 2008                    REED SMITH LLP


By: _____

Felicia Yu,
Attorneys for Defendants Certegy Check Services,
Inc. and Fidelity National Information Services,
Inc.

Dated: January 21, 2008


By: _____

William G. Sullivan,
Individually Named Defendant

IT IS SO ORDERED.


DATED: _____            _____
                            The Honorable Gary A. Feess
                            UNITED STATES DISTRICT JUDGE

2

STIPULATION AND [PROPOSED] ORDER PURSUANT TO L. R. 23-3
CASE NO. CV 07-05309 GAF (MANx)

1 | IT IS HEREBY STIPULATED by and between the parties that pursuant to Local Rule

2 | 23-3, Plaintiff's deadline to file a Motion for Class Certification shall be extended up to

3 | and including March 31, 2008.

4

5 | Dated: January ___, 2008           GIRARD GIBBS LLP

6

7

8 |                       By:_____

9 |                       Daniel T. LeBel,

10 |                       Attorneys for Individual and Representative
                        Plaintiff THEODORE BORRESON

11

12

13 | Dated: January 18 2008          REED SMITH LLP

14

15 |                       By:_____

16 |                       Felicia Yu,

17 |                       Attorneys for Defendants Certegy Check Services,
                      Inc. and Fidelity National Information Services,

18 |                       Inc.

19 | Dated: January ___, 2008

20

21 |                       By:_____

22 |                       William G. Sullivan,
                      Individually Named Defendant

23

24 | IT IS SO ORDERED.

25

26

27 | DATED: _____            _____

28 |                       The Honorable Gary A. Feess
                      UNITED STATES DISTRICT JUDGE

2