1  Eric H. Gibbs (State Bar No. 178658)
     ehg@girardgibbs.com
2  Jonathan K Levine
     jkl@girardgibbs.com
3  **GIRARD GIBBS LLP**
   601 California Street, 14th Floor
4  San Francisco, California  94108
   Telephone:  (415) 981-4800
5  Facsimile:   (415) 981-4846

6

7  Counsel for Individual and Representative
   Plaintiff Theodore Borreson

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

| 11 | THEODORE BORRESON, on behalf of himself and all others similarly situated, | Case No. CV 07-05309 GAF (MANx) |
|---|---|---|
| 12 | | |
| 13 | Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANTS WILLIAM G. SULLIVAN, S & S COMPUTER SERVICES, INC., CERTEGY CHECK SERVICES, INC., AND FIDELITY NATIONAL INFORMATION SERVICES, INC.** |
| 14 | vs. | |
| 15 | WILLIAM G. SULLIVAN, a Florida resident; S & S COMPUTER SERVICES, INC., a Florida corporation; CERTEGY CHECK SERVICES, INC., a Delaware corporation; and FIDELITY NATIONAL INFORMATION SERVICES, INC., a Georgia corporation, | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | Defendants. | |

22
23
24
25
26
27
28

1  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Theodore Borreson hereby dismisses all claims made in the above-referenced action, with prejudice, against named defendants William G. Sullivan, S & S Computer Services, Inc., Certegy Check Services, Inc., and Fidelity National Information Services, Inc.

DATED: October 16, 2008                Respectfully submitted,

**GIRARD GIBBS LLP**


By: _____/s/ *Eric H. Gibbs*_____
         Eric H. Gibbs


Jonathan K. Levine
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California  94108
Telephone:  (415) 981-4800
Facsimile:   (415) 981-4846

Attorneys for Individual and Representative Plaintiff THEODORE BORRESON