LINK: 35

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 07-5309 GAF (MAN) | Date | October 21, 2008 |
|---|---|---|---|
| Title | Borreson v. William G. Sullivan et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**       **(In Chambers)**

### DISMISSAL ORDER

On October 16, 2008, Plaintiff filed a Notice of Voluntary Dismissal With Prejudice as to all claims against all Defendants, pursuant to Rule 41(a)(1).  Under Rule 41(a)(1)(A), a Plaintiff may dismiss an action without a court order by filing either: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.  F.R.C.P. 41(a)(1)(A).  Otherwise, under Rule 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."

In this particular case, the parties submitted a joint status report indicating that the case would be dismissed if a settlement were approved in a parallel class action lawsuit pending in the Middle District of Florida.  See Lockwood v. Certegy Check Services, Inc., 8:07-cv-1434-SDM-TGM.  On September 3, 2008, the Lockwood court granted final approval of settlement.

Accordingly, because the information provided to the Court indicates that Defendants are in agreement that the matter should be dismissed, and because the proposed dismissal is with prejudice, the Court will approve the request and enter the requested order.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |

**LINK: 35**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-5309 GAF (MAN) | Date | October 21, 2008 |
|---|---|---|---|
| Title | Borreson v. William G. Sullivan et al. | | |