```
1  Eric H. Gibbs (State Bar No. 178658)
     ehg@girardgibbs.com
2  Jonathan K Levine
     jkl@girardgibbs.com
3  GIRARD GIBBS LLP
   601 California Street, 14th Floor
4  San Francisco, California  94108
   Telephone:  (415) 981-4800
5  Facsimile:   (415) 981-4846
6
7  Counsel for Individual and Representative
   Plaintiff Theodore Borreson
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| THEODORE BORRESON, on behalf of himself and all others similarly situated, | Case No. CV 07-05309 GAF (MANx) |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANTS WILLIAM G. SULLIVAN, S & S COMPUTER SERVICES, INC., CERTEGY CHECK SERVICES, INC., AND FIDELITY NATIONAL INFORMATION SERVICES, INC.** |
| vs. | |
| WILLIAM G. SULLIVAN, a Florida resident; S & S COMPUTER SERVICES, INC., a Florida corporation; CERTEGY CHECK SERVICES, INC., a Delaware corporation; and FIDELITY NATIONAL INFORMATION SERVICES, INC., a Georgia corporation, | |
| Defendants. | AND ORDER |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
Case No. CV 07-05309 GAF (MANx)

1  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff
2  Theodore Borreson hereby dismisses all claims made in the above-referenced action, with
3  prejudice, against named defendants William G. Sullivan, S & S Computer Services, Inc.,
4  Certegy Check Services, Inc., and Fidelity National Information Services, Inc.

DATED: October 16, 2008          Respectfully submitted,
                                 **GIRARD GIBBS LLP**


                                 By:     /s/ *Eric H. Gibbs*
                                         Eric H. Gibbs


                                 Jonathan K. Levine
                                 **GIRARD GIBBS LLP**
                                 601 California Street, 14th Floor
                                 San Francisco, California  94108
                                 Telephone:  (415) 981-4800
                                 Facsimile:   (415) 981-4846

                                 Attorneys for Individual and Representative
                                 Plaintiff THEODORE BORRESON

IT IS SO ORDERED.
DATED: 10/21/08

UNITED STATES DISTRICT JUDGE

---

1

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
Case No. CV 07-05309 GAF (MANx)